**United States District Court**
For the Northern District of California

1

2

3

4

5

6                 IN THE UNITED STATES DISTRICT COURT

7

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 INDEMNITY INSURANCE COMPANY
OF NORTH AMERICA,

11                                        No. C 13-01088 WHA

          Plaintiff,

12

  v.

13

14 UPS GROUND FREIGHT, INC. dba
UPS FREIGHT,                   **SUA SPONTE JUDICIAL
REFERRAL FOR PURPOSES
OF DETERMINING
RELATIONSHIP OF CASES**

15
         Defendant.

16 _____/

17

       Pursuant to Civil Local Rule 3-12(c), this order refers the above-captioned action to

18 Judge Susan Illston to determine whether it is related to *Indemnity Insurance Company of North*

19 *America v. UPS Ground Freight, Inc.*, No. 12-cv-6440-SI.

20

21      **IT IS SO ORDERED.**

22

23 Dated:  March 12, 2013.

24                              WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

25

26

27

28